JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
MORRIS, SULLIVAN, LEMKUL & PITEGOFF, LLP
3770 Howard Hughes Parkway, Suite 170
Las Vegas, NV 89169
Telephone: (702) 405-8100
Facsimile: (702) 405-8101
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00466-APG-GWF<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (ECF DOC NOS. 7 AND 8)**<br><br>**(FIRST REQUEST)** |

On May 23, 2017, Defendants, Continental Incorporated, Inc. and Leapers, Inc. filed a Special Motion to Dismiss Pursuant to NRS 41.635-70 (Anti-SLAPP) and also a Motion to Dismiss Under rule 12(B)(6) (ECF Doc Nos. 7 and 8). The current deadline for responses to these Motions to Dismiss is Tuesday, June 6, 2017.

Due to Defense Counsel's prior commitments and scheduling issues, more time is needed to respond to the Motion to Dismiss and the Anti-SLAPP motion. Plaintiff initially requested and was granted a lengthy extension to respond to the Complaint. Accordingly, the parties believe that extending the response and reply deadlines is fair and that doing so will not prejudice any party or the Court's schedule. This is the first request for an extension of these deadlines.

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline for Plaintiffs to respond to Defendants' Motions to Dismiss by three (3) weeks, of up to and including June 27, 2107. The parties additionally agree to extend the deadline for Defendants to file their replies to the responses by two weeks, from June 27, 2017 to July 11, 2017.

1

Pursuant to NRS 41.660(f), this Court is to rule on the Anti-SLAPP motion to dismiss within 20 judicial days after the motion is served upon plaintiff, June 12, 2017, therefore, the parties also request that the Court extend the time period to rule on the Anti-SLAPP motion to dismiss to 20 judicial days after Defendants' reply deadline, or July 31, 2017.

DATED: June 5, 2017.

MORRIS SULLIVAN LEMKUL
& PITEGOFF

*/s/ Jeffrey I. Pitegoff*_____
Jeffrey I Pitegoff, Esq.
Nevada Bar No. 5458
3770 Howard Hughes Parkway, Suite. 170
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101

DATED: June 5, 2017

CARBAJAL & MCNUTT, LLP

*/s/ Matt Wolf*_____
Matthew C. Wolf, Esq.
Nevada Bar No. 10801
625 S. Eighth Street
Las Vegas, NV 89101
Tel: (702) 384-1170
Fax: (702) 384-5529

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 5, 2017.

2