# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ADRISH BANERJEE and YAN HE,

    Plaintiffs,

v.

CONTINENTAL INCORPORATION, INC. and LEAPERS, INC.,

    Defendants.

Case No. 2:17-cv-00466-APG-GWF

**ORDER TO UNSEAL ECF NO. 22**

The plaintiffs' motion to seal (ECF No. 22) was sealed in error.

IT IS THEREFORE ORDERED that the clerk of court shall unseal ECF No. 22.

DATED this 28th day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE