DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

JONATHAN G. POLAK*
TRACY N. BETZ*
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.: (317) 713-3500 / Fax: (317) 713-3699
*Admitted Pro Hac Vice
jpolak@taftlaw.com
tbetz@taftlaw.com

*Attorneys for Defendants Continental Incorporated, Inc., and Leapers, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>  Plaintiffs<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:17-cv-00466-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR STATUS CONFERENCE** |

On August 30, 2017, Case No. 2:17-cv-00971-MMD-NJK was consolidated into this case. While Case No. 971 had case management deadlines in place, this case currently has no deadlines. As a result of the consolidation, it is unclear what deadlines, if any, now apply. Further, on May 23, 2017, Defendants filed two motions to dismiss pursuant to Fed. R. Civ. Proc. 12(b)(6) and the Nevada state anti-SLAPP statute. Both motions are fully briefed and are pending before the Court.

The parties hereto, by and through their respective undersigned counsel of record, make joint

1

application for the Court to conduct a status conference to create and finalize case management deadlines and to discuss the status of the consolidated case.

DATED: December 21, 2017.                                            DATED: December 21, 2017.

MORRIS SULLIVAN LEMKUL                                  MCNUTT LAW FIRM, P.C.
& PITEGOFF

*/s/ Jeffrey I. Pitegoff*                                                        */s/ Dan McNutt*
Jeffrey I Pitegoff, Esq.                                                      DANIEL R. MCNUTT, ESQ.
Nevada Bar No. 5458                                                       Nevada Bar No. 7815
3770 Howard Hughes Parkway, Suite. 170           Matthew C. Wolf, Esq.
Las Vegas, NV 89169                                                     Nevada Bar No. 10801
Tel: (702) 405-8100                                                          625 South Eighth Street
Fax: (702) 405-8101                                                         Las Vegas, NV 89101
Attorney for Plaintiffs                                                      Telephone: (702) 384-1170
                                                                                         Facsimile:  (702) 384-5529

                                                                                         TAFT STETTINIUS & HOLLISTER LLP

                                                                                         */s/ Tracy Betz*
                                                                                         Tracy Betz, Esq.
                                                                                         One Indiana Square, Suite 3500
                                                                                         Indianapolis, IN  46204-2023
                                                                                         Tel: (317) 713-3500
                                                                                         Fax: (317) 715-4535
                                                                                         Attorneys for Defendants

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. The Court hereby sets this matter for a status conference on |
| 3 | January 5, 20 18, at 9:30 a.m. |

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE
Dated: 12/22/2017