1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                                DISTRICT OF NEVADA

7

8    ADRISH BANERJEE, *et al.*,                    )
                                                   )
9                 Plaintiffs,                      )        Case No. 2:17-cv-00466-APG-GWF
                                                   )
10   vs.                                           )        **ORDER**
                                                   )
11   CONTINENTAL INCORPORATED, INC., *et al.*,     )
                                                   )
12                Defendants.                      )
     _____)

13

14         This matter is before the Court on Jeffrey Pitegoff, Esq.'s Motion to Withdraw as Counsel

15   (ECF No. 53), filed on February 4, 2018.

16         Counsel represents that he is no longer associated with the law firm of Morris, Sullivan,

17   Lemkul, Pitegoff.  Therefore, counsel requests that he be removed as attorney of record for Plaintiffs

18   Adrish Banerjee and Catherine Yan He and Consol Defendants Patriot Industry and Mindpower

19   Worldwide, Inc. Counsel also indicates that his withdrawal will not delay the proceedings in this

20   matter because Morris Sullivan & Lemkul will continue to represent them.  The Court finds that

21   counsel has provided good cause to justify granting his withdrawal.  Accordingly,

22         **IT IS HEREBY ORDERED** that Jeffrey Pitegoff, Esq.'s Motion to Withdraw as Counsel

23   (ECF No. 53) is **granted**.

24         **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Jeffrey Pitegoff, Esq.

25   from the CM/ECF service list in this case.

26   . . .

27   . . .

28   . . .

**IT IS FURTHER ORDERED** that Plaintiffs and Consol Defendants shall advise the Court if it will retain new counsel or counsel with the law firm of Morris Sullivan & Lemkul shall enter their appearance on behalf of Plaintiffs Adrish Banerjee and Catherine Yan He and Consol Defendants Patriot Industry and Mindpower Worldwide, Inc. no later than **March 1, 2018**.

DATED this 6th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge