# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADRISH BANERJEE, *et al.*,

    Plaintiffs,

vs.

CONTINENTAL INCORPORATED, INC., *et al.*,

    Defendants.

Case No. 2:17-cv-00466-APG-GWF

**ORDER**

This matter is before the Court on Jeffrey Pitegoff, Esq's Motion to Withdraw (ECF No. 53), filed on February 4, 2018. Counsel represented that he is no longer associated with the law firm of Morris, Sullivan & Lemkul. Mr. Pitegoff stated that the clients would continue to be represented by his former law firm. The Court granted his motion on February 8, 2018. ECF No. 54. However, Will Lemkul, Esq. of the law firm of Morris, Sullivan & Lemkul filed a Motion to Withdraw (ECF No. 55) as counsel for Plaintiffs on February 8, 2018.

The Court, therefore, withdraws its Order granting Jeffrey Pitegoff's Motion to Withdraw (ECF No. 54) because it was predicated on Morris, Sullivan & Lemkul's continued representation of Plaintiffs Adrish Banerjee and Catherine Yan He and Consol Defendants Patriot Industry and Mindpower Worldwide, Inc. Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order (ECF No. 54) granting Jeffrey Pitegoff's Motion to Withdraw is **withdrawn**. Jeffrey Pitegoff's Motion to Withdraw (ECF No. 53) is set for hearing on **Tuesday, February 13, 2018** at 9:30 AM in LV Courtroom 3A. Defendants shall file their response to Jeffrey Pitegoff's Motion to Withdraw no later than Friday, February 9, 2018.

DATED this 8th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge