# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE, *et al.*, | |
| Plaintiffs, | Case No. 2:17-cv-00466-APG-GWF |
| vs. | **ORDER** |
| CONTINENTAL INCORPORATED, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendants' anticipated motion for attorney's fees. The Court conducted a status conference in this matter on February 13, 2018.

**IT IS HEREBY ORDERED** that Defendants shall file their motion for attorney's fees no later than **February 27, 2018**. Plaintiffs shall file their Opposition no later than **March 13, 2018** and Defendants shall file their Reply no later than **March 20, 2018**.

**IT IS FURTHER ORDERED** that discovery is stayed pending the resolution of the motion for award of attorney's fees and the possible retention of new counsel by Plaintiffs. This matter is set for a status conference regarding the pending motions to withdraw as counsel for Plaintiffs (ECF Nos. 53, 55) on **March 21, 2018** at **9:00 AM in Courtroom 3A**.

DATED this 15th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge