DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

JONATHAN G. POLAK*
TRACY N. BETZ*
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.: (317) 713-3500 / Fax: (317) 713-3699
*Admitted Pro Hac Vice
jpolak@taftlaw.com
tbetz@taftlaw.com

*Attorneys for Defendants Continental Incorporated, Inc.,
and Leapers, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00466-APG-GWF<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO MOTION FOR AWARD OF MANDATORY ATTORNEY'S FEES, COSTS, AND STATUTORY DAMAGES PURSUANT TO N.R.S. § 41.670 (ANTI-SLAPP)** |

On or about February 27, 2018 Defendants Continental Incorporated, Inc. d/b/a Continental Enterprises ("Continental") and Leapers, Inc. ("Leapers") (collectively the "Defendants filed a Motion for Award of Mandatory Attorney's Fees, Costs, and Statutory Damages Pursuant to Nev. Rev. Stat. §41.670 (Anti-SLAPP) (EFC Doc No. 60). By stipulation, the parties extended the Plaintiff's deadline to respond to this Motion from March 13, 2018 to March 16, 2018. Defendants' time to file their reply will remain as March 20, 2018. The status hearing currently set for March 21, 2018 at 9:30 a.m. shall

remain on the Court's calendar.  This is the first request for extension of this deadline. Plaintiffs' counsel reasonably requires additional time to file their response due to the following reasons: Plaintiffs' counsel has recently opened his own law office and requires additional time to confer with his clients and draft the response. Counsel for Defendants agrees to this extension. Accordingly, the parties believe that extending the deadline is fair and that doing so will not prejudice any party of the Court's schedule.

DATED March 5, 2018.

*/s/ Will Lemkul*
WILL LEMKUL (SBN 6715)
MORRIS, SULLIVAN, LEMKUL
& PITEGOFF, LLP
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Tel. (702) 405-8100 / Fax (702) 405-8101

*/s/ Jeffrey Pitegoff*
JEFFREY I. PITEGOFF (SBN 5458)
PITEGOFF LAW OFFICE INC.
7765 W. Rosada Way
Las Vegas, Nevada 89169
Tel. (702) 808-7976
*Attorney for Plaintiffs*

DATED March 5, 2018

*/s/ Dan McNutt*
Daniel R. McNutt
Matthew C. Wolf
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel. (702)384-1170
Fax (702) 384-5529

*/s/ Tracy Betz*
Jonathan Polak
Tracy Betz
TAFT STETTINIUS & HOLLISTER
One Indiana Square #3500
Indianapolis, IN 46204

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/6/2018