JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
PITEGOFF LAW OFFICE INC.
330 E. Charleston Boulevard, Suite 100
Las Vegas, Nevada 89104
Telephone: (702) 808-7976
Facsimile: (702) 385-2899
jpitegoff@yandex.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00466-APG-GWF (LEAD)<br><br>**STIPULATION TO EXTEND PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' REPLY**<br>**(Docket No. 68)**<br><br>**(First Request to Extend this Deadline)** |

Defendants, CONTINENTAL INCORPORATED, INC. d/b/a CONTINENTAL ENTERPRISES and LEAPERS, INC. filed their Motion for Summary Judgment (Docket No. 68), on June 15, 2018, in the above-entitled action. Plaintiffs, ADRISH BANERJEE and YAN HE's Response is currently due Monday, July 2, 2019. This is the first request to extend this deadline.

The parties hereto, by and through their undersigned counsel of record, hereby stipulate and agree to extend the deadline for Plaintiffs to file their Response to Defendants' Motion for Summary Judgment of up to and including, Thursday, July 19, 2018. Defendants shall have until Monday, July 30, 2018 to file their Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment.

The reasons for this request are the following:

1. Plaintiffs' counsel was involved in a car accident that was caused by an apparent intoxicated motorist. As a result, he has been required to take a number of days off in order to seek treatment, including actively attending physical therapy appointments and diagnostic testing, in

order to recover, thus creating a backlog of deadlines and tasks to complete.  He is also expected to miss additional time from work as the treatment continues.

2. Additionally, with the arguments raised in Defendants' Motion for Summary Judgment, Plaintiffs require additional time within which to properly and thoroughly respond to same.  Plaintiffs' counsel is requesting approximately three (3) additional weeks to file and serve its Response to Defendants' Motion (Docket No. 68)..

3. This Stipulation is entered into in good faith and not to cause undue delay.

DATED: June 28, 2018.                                    DATED: June 28, 2018

**PITEGOFF LAW OFFICE INC.**                    **TAFT STETTINIUS & HOLLISTER LLP**

*/s/ Jeffrey I. Pitegoff*                                          */s/ Tracy Betz*
Jeffrey I Pitegoff, Esq.                                         Tracy Betz, Esq.
330 E. Charleston Boulevard, Suite 100         One Indiana Square, Suite 3500
Las Vegas, NV 89104                                        Indianapolis, IN  46204-2023
Telephone:  (702) 808-7976                              Telephone: (317) 713-3500
Facsimile:   (702) 385-2899                               Facsimile:   (317) 715-4535
*Attorneys for Plaintiffs*                                     *Admitted Pro Hac Vice*

Matthew C. Wolf, Esq.
Nevada Bar No. 10801
**MCNUT LAW FIRM, P.C.**
625 South Eighth Street
Las Vegas, NV  89101
Telephone: (702) 384-1170
Facsimile:   (702) 384-5529
*Attorneys for Defendants*

## **ORDER**

IT IS HEREBY ORDERED that Plaintiffs' Response to Defendants' Motion for Summary Judgment, in the above-entitled matter (Docket No.: 68) is due on Thursday, July 19, 2018 and Defendants shall have until Monday, July 30, 2018 to file their Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 29, 2018.