1  DANIEL R. MCNUTT (SBN 7815)
   MATTHEW C. WOLF (SBN 10801)
2  MCNUTT LAW FIRM, P.C.
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
4  drm@mcnuttlawfirm.com
   mcw@mcnuttlawfirm.com
5
   JONATHAN G. POLAK*
6  TRACY N. BETZ*
   TAFT STETTINIUS & HOLLISTER, LLP
7  One Indiana Square, Suite 3500
   Indianapolis, Indiana 46204
8  Tel.: (317) 713-3500 / Fax: (317) 713-3699
   *Admitted Pro Hac Vice
9  jpolak@taftlaw.com
   tbetz@taftlaw.com
10
   *Attorneys for Defendants Continental Incorporated, Inc.,*
11 *and Leapers, Inc.*

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14 | ADRISH BANERJEE, an individual, and YAN HE, an individual, | Case No.: 2:17-cv-00466-APG-GWF |
15 |  | |
   | Plaintiffs | **STIPULATION TO EXTEND FOR** |
16 |  | **EXTENSION OF TIME TO FILE REPLY** |
   | vs. | **IN SUPPORT OF MOTION FOR** |
17 |  | **SUMMARY JUDGMENT** |
   | CONTINENTAL INCORPORATED, INC., d/b/a | |
18 | CONTINENTAL ENTERPRISES, an Indiana | **(First Request)** |
   | Corporation, LEAPERS, INC., a Michigan | |
19 | Corporation, and DOES 1-10, inclusive, | |
20 | Defendants. | |

21        On June 15, 2018 Defendants Continental Incorporated, Inc. d/b/a Continental Enterprises and

22 Leapers, Inc. (collectively "Defendants") filed their Motion for Summary Judgment (ECF 68) (the

23 "Motion"). By stipulation (ECF 71), the parties extended Plaintiffs' deadline to respond to the Motion

24 from July 2, 2018 to July 19, 2018. Defendants' reply is currently due on July 30, 2018.

25        The parties have stipulated to allow Defendants to file their reply on or before August 6, 2018.

26 This is the first request for extension of this deadline.  Defendants' counsel reasonably requires

27

28

additional time to file their response due to the following reasons:

    a. Attorney Betz, the attorney primarily responsible for drafting the reply brief, is currently out of the office on a family vacation through July 28, and then is traveling from July 29 through August 2 to assist with the care of a close friend while she recovers from major surgery; and

    b. The client contact for Continental is currently out of the office (and out of state) on a family vacation for the next week.

Counsel for Plaintiffs agrees to this extension. This extension is not sought for purposes of undue delay and will not prejudice any party. Accordingly, the parties believe that extending the deadline is fair and that doing so will not prejudice any party.

DATED: July 27, 2018.

PITEGOFF LAW OFFICE INC.


*/s/ Jeffrey I. Pitegoff*
JEFFREY I. PITEGOFF (SBN 5458)
7765 W. Rosada Way
Las Vegas, NV 89169

DATED: July 27, 2018

MCNUTT LAW FIRM, P.C.


*/s/ Matt Wolf*
MATTHEW C. WOLF (SBN 10801)
Nevada Bar No. 10801
625 S. Eighth Street
Las Vegas, NV 89101


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 27, 2018.