# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ADRISH BANERJEE and YAN HE,

           Plaintiffs,

  v.

CONTINENTAL INCORPORATED, INC. and LEAPERS, INC.,

           Defendants.

JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE

Case Number:  2:17-cv-00466-APG-GWF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendants Continental Incorporated, Inc. and Leapers, Inc. and against plaintiffs Adrish Banerjee and Yan He in the amount of $49,554.72 ($48,617.50 in attorney's fees and $937.22 in costs).

September 18, 2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk