# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE and YAN HE,<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL INCORPORATED, INC. and LEAPERS, INC.,<br><br>Defendants | Case No.: 2:17-cv-00466-APG-GWF<br><br>**Order Denying Motion for Summary Judgment and Requiring Status Report**<br><br>[ECF No. 68] |

Based on the parties' Notice of Settlement (ECF No. 84),

IT IS ORDERED that the defendants' Motion for Summary Judgment **(ECF No. 68) is DENIED** without prejudice as moot. The parties shall file a stipulation to dismiss or a report on the status of settlement by March 20, 2019.

DATED this 17th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE