UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE and YAN HE, <br><br> Plaintiffs <br><br> v. <br><br> CONTINENTAL INCORPORATED, INC. and LEAPERS, INC., <br><br> Defendants | Case No.: 2:17-cv-00466-APG-GWF <br><br> **Order for Stipulation of Dismissal or Status Report** |

The parties' March 20, 2019 status report requested an additional 30 days to complete settlement. ECF No. 86. More than 60 days have passed since then.

IT IS THEREFORE ORDERED that on or before June 14, 2019, the parties shall file either a stipulation to dismiss or a status report.

DATED this 30th day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE