DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

JONATHAN G. POLAK*
TRACY N. BETZ*
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.: (317) 713-3500 / Fax: (317) 713-3699
*Admitted Pro Hac Vice
jpolak@taftlaw.com
tbetz@taftlaw.com

*Attorneys for Defendants Continental Incorporated, Inc.,
and Leapers, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00466-APG-GWF<br><br>**STATUS REPORT** |

Pursuant to this Court's May 30, 2019 Order [Dkt. 87], the parties hereby submit their status report to the Court.

On August 24, 2018, Adrish Banerjee, one of the plaintiffs in this matter, passed away. Shortly after his death, the parties agreed to a settlement. After his death, an estate was opened on behalf of Mr. Banerjee. As a result, the parties must obtain court approval in the estate matter before they can finalize

the settlement. Attorney Brendan McGraw is handling the Banerjee Estate and has represented to the parties that the petition for approval will be finalized in the next week. After that, he will publish the notice of hearing (address of Mr. Banerjee's heirs is unknown). Mr. McGraw reports that the hearing on the matter would likely be set around July 12th and expects to have an order approving settlement shortly thereafter. In light of the need for the probate court's approval before the parties can finalize settlement in this matter, the parties respectfully request this Court permit the parties up to and including August 15, 2019 to file their stipulation of dismissal and/or report to the Court on the status of settlement.

| | |
|---|---|
| DATED: June 7, 2019. | DATED: June 7, 2019. |
| MORRIS SULLIVAN LEMKUL & PITEGOFF | MCNUTT LAW FIRM, P.C. |
| */s/ Jeffrey I. Pitegoff* | */s/ Dan McNutt* |
| Jeffrey I Pitegoff, Esq.<br>Nevada Bar No. 5458<br>3770 Howard Hughes Parkway, Suite. 170<br>Las Vegas, NV 89169<br>Attorney for Plaintiffs | DANIEL R. MCNUTT, ESQ.<br>Nevada Bar No. 7815<br>Matthew C. Wolf, Esq.<br>Nevada Bar No. 10801<br>625 South Eighth Street<br>Las Vegas, NV 89101 |
| | TAFT STETTINIUS & HOLLISTER LLP |
| | */s/ Tracy Betz*<br>Tracy Betz, Esq.<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023<br>Attorneys for Defendants |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2019.