DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

JONATHAN G. POLAK*
TRACY N. BETZ*
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel.: (317) 713-3500 / Fax: (317) 713-3699
*Admitted Pro Hac Vice
jpolak@taftlaw.com
tbetz@taftlaw.com

*Attorneys for Defendants Continental Incorporated, Inc., and Leapers, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00466-APG-EJY<br><br>**STATUS REPORT**<br><br>**ORDER** |

Pursuant to this Court's June 7, 2019 Status Report [Dkt. 89], the parties hereby submit their request for an additional seven days to file the Stipulation of Dismissal to the Court.

On August 24, 2018, Adrish Banerjee, one of the plaintiffs in this matter, passed away. Shortly after his death, the parties agreed to a settlement. After his death, an estate was opened on behalf of Mr. Banerjee. As a result, the parties were required to obtain court approval in the estate matter before they could finalize the settlement. Attorney Brendan McGraw is handling the Banerjee Estate and has

recently provided proof of Court approval to the parties. The parties have agreed upon a written settlement document and are finalizing obtaining all necessary signatures. The parties reasonably require only 7 additional days to obtain signatures and will then be in a position to file their stipulation of dismissal. The parties respectfully request this Court permit the parties up to and including August 22, 2019 to file their stipulation of dismissal and/or report to the Court on the status of settlement.

DATED: August 15, 2019.  DATED: August 15, 2019

PITEGOFF LAW OFFICE INC.  MCNUTT LAW FIRM, P.C.

*/s/ Jeffrey I. Pitegoff*  */s/ Dan McNutt*
JEFFREY I. PITEGOFF (SBN 5458)  DAN MCNUTT (SBN 7815)
7765 W. Rosada Way  MATTHEW C. WOLF (SBN 10801)
Las Vegas, NV 89169  Nevada Bar No. 10801
  625 S. Eighth Street
  Las Vegas, NV 89101

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2019.