1  MCNUTT LAW FIRM, P.C.
   Daniel R. McNutt, Esq., Bar No. 7815
2  Matthew C. Wolf, Esq., Bar No. 10801
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   drm@mcnuttlawfirm.com
4  mcw@mcnuttlawfirm.com
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
5
   TAFT STETTINIUS & HOLLISTER, LLP
6  Jonathan G. Polak, Esq.*
   Tracy N. Betz, Esq.*
7  One Indiana Square, Suite 3500
   Indianapolis, Indiana 46204
8  Tel.: (317) 713-3500 / Fax: (317) 713-3699
   jpolak@taftlaw.com
9  tbetz@taftlaw.com
   *Admitted Pro Hac Vice
10 *Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADRISH BANERJEE, an individual, and YAN HE, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> CONTINENTAL INCORPORATED, INC., d/b/a CONTINENTAL ENTERPRISES, an Indiana Corporation, LEAPERS, INC., a Michigan Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-00466-APG-EJY <br><br> **STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE WITH ALL SIDES BEARING THEIR OWN FEES AND COSTS** |

1

# STIPULATION AND ORDER TO DISMISS THE ACTION WITH PREJUDICE WITH ALL SIDES BEARING THEIR OWN FEES AND COSTS

Defendants Continental Incorporated, Inc. d/b/a Continental Enterprises and Leapers, Inc. hereby stipulate and agree with Plaintiffs the Estate of Adrish Banerjee and Yan He to dismiss this action in its entirety with prejudice with all parties bearing their own fees and costs. The Court shall retain jurisdiction to resolve any dispute over the settlement proceeds, if not paid within 30 days.

IT IS SO STIPULATED August 22, 2019.

PITEGOFF LAW OFFICE INC.

*/s/ Jeffrey I. Pitegoff*
JEFFREY I. PITEGOFF (SBN 5458)
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Attorney for Plaintiffs

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
DAN MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
Nevada Bar No. 10801
625 S. Eighth Street
Las Vegas, NV 89101
Attorney for Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 22, 2019.